395 A.2d 977

Commonwealth ex rel. Kirby v. Massi, Appellant.

Commonwealth ex rel. Massi, Appellant, v. Kirby.

Argued September 12, 1978. Peter J. Verderame, for appellant; John D. Hart, with him Robert F. Ruehl, for appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Orders affirmed.